# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARK DEAN SCHWAB,**
        **Petitioner,**

**-vs-**                                      **Case No. 6:03-cv-536-Orl-22JGG**

**JAMES V. CROSBY, JR.,**
**CHARLIE CRIST,**
        **Respondents.**
_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that the Petitioner, Mark Dean Schwab, take nothing and the action be dismissed.

Date:   July 1, 2005

                              SHERYL L. LOESCH, CLERK

                              s/ *M. Pleicones*, Deputy Clerk